UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO.: 06-05584-jw |
| Mylynda M. Hinton, ) | CHAPTER 13 |
| ) | |
| ) | NOTICE OF OBJECTION TO CLAIM AND |
| DEBTOR. ) | OPPORTUNITY FOR HEARING |
| ) | |

TAKE NOTICE that Mylynda M. Hinton, through counsel, filed an objection to claim. A copy of objection accompanies this notice.

TAKE FURTHER NOTICE that any response, return and /or objection to the objection, should be filed with the Clerk of the Bankruptcy Court no later than 30 days from service of the objection and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this objection unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on <u>August 1</u>     2007, at 9:30 a.m., at 1100 Laurel Street, Columbia SC  29201.

No further notice of this hearing will be given.

<u>/s/J. Carolyn Stringer</u>
J. Carolyn Stringer
Attorney for Debtor
PO Box 25345
Columbia SC  29224-5345
(803)  786-1405
Dist. Ct. ID#1005

Dated: June 19, 2006        Address for Court:
1100 Laurel Street
Columbia SC  29201

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO.: 06-05584-jw |
| ) | CHAPTER 13 |
| Mylynda M. Hinton, ) | |
| ) | |
| ) | DEBTORS OBJECTIONS TO CLAIM |
| DEBTOR ) | AND NOTICE |
| ) | |

The debtor, Mylynda M. Hinton, through counsel, files the following objections to the claim of B-Line LLC-Triumph Partnerships, LLC/FORD CREDIT US, for the following reason(s):

1. The creditor filed an unsecured claim for $4,301.91.

2. The debtor is informed and believes that this debt is no longer a valid debt based on South Carolina law; the debt has expired under the ten (10) year expiration law.

2. The creditor's Proof of Claim has no date the debt was incurred.

5. The debtor filed for chapter 13 protection on December 3, 2006.

Wherefore, the debtor prays:

1. That the claim of B-Line LLC Triumph Partnerships, LLC/FORD CREDIT US for $4,301.91, be denied.

2. And for such other relief as this Court deems just and proper.

Dated: June 19, 2007

/s/ J. Carolyn Stringer
J. Carolyn Stringer
Attorney for Debtor
PO Box 25345
Columbia SC 29224-5345
(803) 786-1405
Dist. Ct. ID#1005

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: )<br>Mylynda M. Hinton, )<br> )<br>**DEBTOR(S)** )<br>_____ ) | **CASE NO.: 06-05584-jw**<br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

  I, J. Carolyn Stringer, Attorney for the Debtor, did serve the document(s) listed below on the Person(s) Named below by either depositing these papers in the United States Mail, Columbia South Carolina, on June 19, 2007, with first class postage duly affixed and a return address clearly indicated on the envelope.

Document(s) Served:    Notice of Objection To Claim and Opportunity for Hearing; Debtor's Objection To Claim and Notice

Person(s) Served:    William K. Stephenson, Jr., Trustee
           P.O. Box 8477
           Columbia SC 29202

           Triumph Partnerships, LLC/FORD CREDIT US
           C/O B-LINE, LLC
           MS 550
           P O BOX 91121
           Seattle WA 98111-9221


           /s/ J. Carolyn Stringer
           J. Carolyn Stringer
           Attorney for Debtor
           PO Box 25345
           Columbia SC 29224-5345
           (803) 786-1405
           Dist. Ct. ID#1005